

**Atabex**
Translation Specialists, Inc.

*P.O. Box 195044, San Juan, Puerto Rico 00919-5044*
*(787) 756-6763 Fax: (787)753-3619*

13 de abril de 2012

Rabell Méndez, C.S.P.
PO Box 195580
San Juan PR  00919-5580

## F A C T U R A

### Núm. 17600(CL)

Por servicios profesionales de interpretación el 9 de abril de 2012 en el Tribunal Federal de Hato Rey de 9:00am-12:10pm:

**CASO: JOSEPH ALICEA VS. FURYSHEET ENTERTAIMENT**

Total de horas a pagar: 3.5...................................................................................$315.00

**TOTAL A PAGAR................................. $315.00**

*MUCHAS GRACIAS POR SOLICITAR LOS SERVICIOS DE ATABEX*



5 de abril de 2012


Rabell Méndez, C.S.P.
PO Box 195580
San Juan PR  00919-5580


## F A C T U R A

### Núm. 17597(ATA)


Por servicios profesionales de traducción de los siguientes documentos en el caso de Alicea vs. Furystreet 10-02056:


- **CERTIFICACIÓN DE LA INFORMACIÓN INCLUIDA EN LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**


Traducción (tarifa urgencia)…………..……....................................................................$94.50


**TOTAL A PAGAR................................. $94.50**


*MUCHAS GRACIAS POR SOLICITAR LOS SERVICIOS DE ATABEX*

PLAZA LAS AMERICAS STATION
SAN JUAN, Puerto Rico
009189997
4284630018-0098
07/16/2010 (787)282-6332 02:34:51 PM

——————— Sales Receipt ———————
Product          Sale Unit      Final
Description       Qty Price     Price

CORPUS CHRISTI TX              $4.90
78413 Zone 8
Priority Mail Flat
Rate Env
1.30 oz.
Expected Delivery: Mon 07/19/10
Delivery Confirmation         $0.70
Label #: 03092880000218558843
                            ========
Issue PVI:                    $5.60

                            ==========
Total:                        $5.60

Paid by:
Debit Card                    $5.60
   Account #:    XXXXXXXXXXXXX0692
   Approval #:   655961
   Transaction #: 920
   23902900158
   Receipt#:     002012

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickNship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************

Bill#:1000202675939
Clerk:06

All sales final on stamps and postage
Refunds for guaranteed services only
   Thank you for your business
*********************************
*********************************
    HELP US SERVE YOU BETTER

           Go to:
  https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*********************************
*********************************


        Customer Copy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

DELIVERY CONFIRMATION NUMBER: 0309 2880 0002 1855 8843

Article Sent To: (to be completed by mailer)
_Cruz Martinez_
(Please Print Clearly) _Furystreet Entertainment LLC_
_4709 Grand Lake DR_
_Corpus Christi, TX 78413_

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[✓] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

Postmark Here

PS Form 152, May 200_

---

_Jose Alicia  1050<_
_# 5.00_

| Registered No. | | Date Stamp |
|---|---|---|

RE245912643US

| | | | |
|---|---|---|---|
| **Reg. Fee** | $11.50 | | |
| **Handling Charge** | $0.00 | **Return Receipt** | $2.30 |
| **Postage** | $1.34 | **Restricted Delivery** | $0.00 |
| **Received by** | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ **$0.01**

*Handling charge... insurance up to $... is included ... Based upon the declared value. International Indemnity is limited. (See Reverse)*

00938

**FROM** (Please Print)
Rafael Méndez CSP
P.O. Box 195580
San Juan, PR 00919-5580

**TO**
Armida Martínez
Jenofontes Núm 241-N-N-Cumbres
Sector Monterrey, N.L. 64610
UN México

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, **Receipt for Registered Mail**  Copy 1 - Customer
May 2007 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com®*

José Mulaio (Joe Joe).
# 15.14

RIO GRANDE PR 00745                $4.90
Zone-1 Priority Mail
7.80 oz.
Expected Delivery: Thu 08/05/10
Delivery Confirmation          $0.70
Label #:      03092880000218558881
                              ========
Issue PVI:                     $5.60

Mexico - First-Class           $1.34
Mail Int'l  Letter
1.40 oz.
Return Receipt                 $2.30
Registered                    $11.50
Insured Value :       $0.01
Article Value :       $0.01
Label #:      RE245912643US
                              ========
Issue PVI:                    $15.14

                              =========
Total:                        $57.01

Paid by:
Cash                          $51.00
Debit Card                     $6.01
  Account #:    XXXXXXXXXXXX0692
  Approval #:     497824
  Transaction #:    655
  23902900000
  Receipt#:        000719

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************

Prepare your international packages
online and save time.
Pay postage online and save money
too.
www.usps.com/clicknship

Bill#:1000801362970
Clerk:24

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
************************************
************************************
   HELP US SERVE YOU BETTER



**Hope Andrade**
Secretary of State

## Office of the Secretary of State
### Packing Slip

September 8, 2010
Page 1 of 1

Attn: Rabell-Mendez C.S.P
Rabell-Mendez C.S.P
P.O. Box 195580
San Juan, PR 00919- 5580

**Batch Number:** 32601267

**Client ID:** 319712033

**Batch Date:** 09-08-2010

**Return Method:** Email

**Phone No:** 787-764-1212

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 326012670002 | Find | | | $1.00 |
| 326012670003 | Convenience Fee | | | $0.03 |
| | | | **Total Document Fees** | **$1.03** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Credit Card | Accepted | ***********0534 | $1.03 |
| | | **Total Payments Received** | **$1.03** |
| | | Total Amount Charged to Client Account | $0.00 |
| | | Total Amount Credited to Client Account | $0.00 |

*Note:*  This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed within 10 business days.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: WEBISOLATED

*Factura*

**Date:** Fri, 29 Oct 2010 12:13:34 -0400 (EDT) [12:13:34 PM AST]
**From:** paygovadmin@mail.doc.twai.gov
**To:** "jrabell@prtc.net" <jrabell@prtc.net>
**Subject:** Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE.    PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: PRD CM ECF
Pay.gov Tracking ID: 251POT9A
Agency Tracking ID: 0104-2157024

Account Holder Name: Jesus Rabell-Mendez
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: PO Box 195580
City: San Juan
State/Province: PR
Zip/Postal Code: 009195580
Country: USA
Card Type: Visa
Card Number: ***********8893
Transaction Date: Oct 29, 2010 12:13:34 PM

**Date:** Mon, 29 Nov 2010 08:30:44 -0600 [11/29/2010 10:30:44 AM AST]
**From:** TXSOS <sosDirect@sos.state.tx.us>
**To:** jrabell@prtc.net
**Subject:** Packing Slip for Session : 112910TJ0458
**Priority:** normal
**Part(s):** 2 112910TJ0458.pdf [application/pdf] 34 KB

1 unnamed [text/plain] 0.29 KB

Dear Sir/Madam,

The Secretary of State's Office has processed your request. Please find attached the packing slip for your session: 112910TJ0458

If a bulk order has been placed please re-logon at http://direct.sos.state.tx.us

Sincerely,

Office of the Secretary of State of Texas



Hope Andrade
Secretary of State

## Office of the Secretary of State
### Packing Slip

November 29, 2010
Page 1 of 2

Attn: Rabell Jose
Rabell Rafael Jose
Ramon Gandia 564 Baldrich
San Juan, PR 00918

**Batch Number:** 34268262      **Batch Date:** 11-29-2010

**Client ID:** 328404122      **Return Method:** Email

     **Phone No:** 7873758812

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 342682620002 | Find | | | $1.00 |
| 342682620003 | Find | | | $1.00 |
| 342682620004 | Find-Global | | | $1.00 |
| 342682620005 | Find-Global | | | $1.00 |
| 342682620006 | Find-Global | | | $1.00 |
| 342682620007 | Activity for RA past 60 days | | | $1.00 |
| 342682620008 | Activity for RA past 60 days | | | $1.00 |
| 342682620009 | Convenience Fee | | | $0.19 |
| | | **Total Document Fees** | | $7.19 |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Credit Card | Accepted | ***********1461 | $7.19 |
| | | **Total Payments Received** | **$7.19** |
| | | Total Amount Charged to Client Account | $0.00 |
| | | Total Amount Credited to Client Account | $0.00 |

*Note:*   This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed within 10 business days.
Acknowledgement of Filing Document(s) (if present) is attached.

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

User ID: WEBISOLATED

*factura*

# RABELL MÉNDEZ, C. S. P.
### Attorneys & Counselors at Law

Lcdo. Jesús R. Rabell Méndez

Lcdo. Eduardo M. Veray López

Lcda. Melanie Cobb Grillasca
    of Counsel

P. O. Box 195580
San Juan, PR 00919-5580
Teléfono: (787) 764-1212
Fax: (787) 754-6872

December 30, 2010

Mr. Ron Dooley
Professional Process Service of Corpus Christi
2133 Nodding Pines, Apt. 807
Corpus Christi, TX 78414

Dear Mr. Dooley:

Enclosed find check number 2686 for the amount of $150.00, summons and the complaint to serve Mr. Cruz Martinez and Fury Street Entertainment.

Truly yours,

José R. Rabell Cancio

RABÉLL MÉNDEZ, C.S.P.
PO BOX 195580
SAN JUAN, PR 00919-5580
(787) 764-1212

2

101-72/

DATE 12/30/2010

PAY
TO THE
ORDER OF: Professional Choices Service of Puerto Christi _____ $ 130.00

One hundred and fifty ——————————————— 00/100 —————————— DOLLARS

WESTERNBANK
El Banco del Pueblo
HATO REY BRANCH
HATO REY, PR 00917

FOR Seminar registration _____

Por Dr. Carri__

⑈"00 2686⑈"  ⑆:221572720⑆:  35"040⦂24⑈9"⑈



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

CORPUS CHRISTI TX 78414

| Postage | $ | $1.73 | 0001 |
| Certified Fee | | $2.80 | |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.83 | 12/31/2010 |

SAN JUAN PR 0000
DEC 31 2010
USPS

Sent To: Professional Process Service of Corpus Christi
Street, Apt. No.; or PO Box No. 2133 Nodding Pines, Apt. 807
City, State, ZIP+4 Corpus Christi, TX 78414

PS Form 3800, August 2006                    See Reverse for Instructions

7010 0780 0002 1463 5338

*factura*

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7010 0290 0003 3259 3772

CORPUS CHRISTI, TX 78413

| | | |
|---|---|---|
| Postage | $ | $1.22 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.32 |

XX02

OLD SAN JUAN STATION
SAN JUAN, TX
Here
MAR 25 2011
03/25/2011
00002 3996
USPS

Sent To *Fury sheet Entertainment*
Street, Apt. No.; or PO Box No. *4709 Grand Lake DR.*
City, State, ZIP+4 *Corpus Christi, TX 78413*

PS Form 3800, August 2006          See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7010 0290 0003 3259 3789

CORPUS CHRISTI, TX 78413

| | | |
|---|---|---|
| Postage | $ | $1.22 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.32 |

0001

Postmark
Here
MAR
2011
03/28/2011

Sent To *Cruz Martinez*
Street, Apt. No.; or PO Box No. *4709 Grand Lake DR*
City, State, ZIP+4 *Corpus Christi, TX 78413*

PS Form 3800, August 2006          See Reverse for Instructions

*Alicea vs. Fury street 1050.2*

*$ 12.64*

# Valentín Delivery Services

Calle Maestro Cordero #14, Hato Rey, Puerto Rico 00919
Tel. (787) 250 - 8953 - (787) 751-5327
Fax (787) 764 - 7128

Ida y vuelta

CARGADO A: **Rabell Méndez, C.S.P.**

FROM: Rabell méndez C.S.P.

Jose Alicea vs Turquet 05 0.2

TO: Editorial Primera Hora Inc.
Calle Génova A-16, Ext. Villa Caparra
Guaynabo. Puerto Rico (al lado de Sherlys Pizza) (y Base Buchanan)

DATE: 29 de marzo de 2011

DESCRIPTION: Recoger en Rabell y entregar en Primera Hora y devolver en Rabell.

PRICE: $ 20.00

RECEIVED BY: M. Perx    mendez C.S.P.

Pichara

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CORPUS CHRISTI TX 78413

| | | |
|---|---|---|
| Postage | $ $0.44 | 0001 |
| Certified Fee | $2.85 | |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.59 | |

GPO SAN JUAN, PR 00936
MAY 0 3 2011
05/03/2011
USPS

Sent To: *Fury Street Entertainment LLC*
Street, Apt. No.; or PO Box No. *4709 Grand Lake DR*
City, State, ZIP+4 *Corpus Christi TX 78413*

7010 0290 0003 3259 3802

PS Form 3800, August 2006     See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CORPUS CHRISTI TX 78413

| | | |
|---|---|---|
| Postage | $ $0.44 | 0001 |
| Certified Fee | $2.85 | |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.59 | |

GPO SAN JUAN, PR 00936
MAY 0 3 2011
05/03/2011
USPS

Sent To: *Cruz Martinez*
Street, Apt. No.; or PO Box No. *4709 Grand Lake DR*
City, State, ZIP+4 *Corpus Christi TX 78413*

7010 0290 0003 3259 3819

PS Form 3800, August 2006     See Reverse for Instructions

*Jose Alicea* 10502
$11.18

factura

1050-2- sus plica

Postal Service

CERTIFIED MAIL RECEIPT

CORPUS CHRISTI TX 78413

| Postage | $ | $1.50 | 0001 |
| Certified Fee | | $2.95 | 34 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.80 | 03/30/2012 |

Fury Street Entertainment
4709 Grand Lake DR
Corpus Christi, TX 78413

1050-2

Postal Service

CERTIFIED MAIL RECEIPT

CORPUS CHRISTI TX 78413

| Postage | $ | $1.50 | 0001 |
| Certified Fee | | $2.95 | 34 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.80 | 03/30/2012 |

Cruz Martinez
4709 Grand Lake DR
Corpus Christi, TX 78413

7010 0780 0002 1496 0294

7010 0780 0002 1496 0300

Olivia vs. Furystreet
Jury & voir Dire Instruction
c/e: 1050.2
# 13.60.



# FACTURA DE EDICTOS

## (Copia)



| | |
|---|---|
| JESUS R. RAMBELL MENDEZ<br>PO BOX 195580<br>SAN JUAN PR 00919-5580 | **Num. de Caso** 1-2915-10-02056(FAB)<br>**Promovente** JOSEPH ALICEA, JOSÉ ALICEA..<br>**vs.**<br>**Demandado** FURYSTREET ENTERTAI |

| Telefono | Numero de Cuenta |
|---|---|
| (787) 764-1212 | H3489260 |

| | | | | | | **Importe** | |
|---|---|---|---|---|---|---|---|
| Codigo de Anuncio | Numero de Anuncio | Dias | **Ordenado** | **Comienzo** | **Expiracion** | Edicto: | $62.00 |
| 8209103 | 03161100509103 | 1 | 03/16/2011 | 03/21/2011 | 03/21/2011 | Desc: | 0 % |
| | | | | | | Subtotal: | $62.00 |
| **Publicaciones** | | | | | | Cargos: | $67.50 |
| 3/21 1x | | | | | | Pago: | $0.00 |
| | | | | | | Imp Neto: | **$129.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cargo por orden | 03/16/2011 | Legal Ads | Primera Hora | | $62.00 | $62.00 |
| Cargo especial | 03/16/2011 | Aplicacion Regla 4.6 | | 1 | $67.50 | $67.50 |

---

**IMPORTANTE:** *Si envía DOCUMENTOS A PUBLICAR USEN: PO Box 2009, Cataño PR 00963-2009*
*Si envía SÓLO PAGO FINAL, USEN: PO Box 71471, San Juan, PR 00936-1471.*

---

# FACTURA DE EDICTOS

## LA SECCION 1143 NOS EXIME DE CUALQUIER RETENCION

JESUS R. RAMBELL MENDEZ
PO BOX 195580
SAN JUAN PR 00919-5580

| **Fecha Factura** | **Num. Factura** | **Publicaciones** |
|---|---|---|
| 03/21/2011 | 5102884 | 3/21 1x |

| Telefono | Numero de Cuenta |
|---|---|
| (787) 764-1212 | H3489260 |

| **Numero de Anuncio** | **Numero de Caso** | **Importe Neto** |
|---|---|---|
| 03161100509103 | 1-2915-10-02056(I | $129.50 |



# FACTURA DE EDICTOS

(Copia)

**Num. Factura**
**5102885**

JESUS R. RAMBELL MENDEZ
PO BOX 195580
SAN JUAN PR 00919-5580

| | |
|---|---|
| Num. de Caso | 1-2916-10-02056(FAB) |
| Promovente | JOSEPH ALICEA, JOSE ALICEA... |
| vs. | |
| Demandado | FURYSTREET ENTERTA |

| Telefono | Numero de Cuenta |
|---|---|
| (787) 764-1212 | H3489260 |

| Codigo de Anuncio | Numero de Anuncio | Dias | Ordenado | Comienzo | Expiracion |
|---|---|---|---|---|---|
| 8209104 | 03161100509104 | 1 | 03/16/2011 | 03/21/2011 | 03/21/2011 |

| Importe | |
|---|---|
| Edicto: | $62.00 |
| Desc: | 0 % |
| Subtotal: | $62.00 |
| Cargos: | $67.50 |
| Pago: | $0.00 |
| Imp Neto: | $129.50 |

**Publicaciones**
3/21 1x

| | | | | | | |
|---|---|---|---|---|---|---|
| Cargo por orden | 03/16/2011 | Legal Ads | Primera Hora | | $62.00 | $62.00 |
| Cargo especial | 03/16/2011 | Aplicacion Regla 4.6 | | 1 | $67.50 | $67.50 |



*IMPORTANTE:*  Si envia DOCUMENTOS A PUBLICAR USEN: PO Box 2009, Cataño PR 00963-2009
Si envia SÓLO PAGO FINAL, USEN: PO Box 71471, San Juan, PR 00936-1471.

---

JESUS R. RAMBELL MENDEZ
PO BOX 195580
SAN JUAN PR 00919-5580

## FACTURA DE EDICTOS

**LA SECCION 1143 NOS EXIME DE CUALQUIER RETENCION**

| Fecha Factura | Num. Factura | Publicaciones |
|---|---|---|
| 03/21/2011 | 5102885 | 3/21 1x |

| Telefono | Numero de Cuenta |
|---|---|
| (787) 764-1212 | H3489260 |

| Numero de Anuncio | Numero de Caso | Importe Neto |
|---|---|---|
| 03161100509104 | 1-2916-10-02056(I | $129.50 |

EDITORIAL PRIMERA HORA, INC. / Calle Génova A-16, Ext Villa Caparra, GUAYNABO, PR 00966 /TEL (787)641-5454
PO BOX 71471, SAN JUAN, PR 00936-1471

30

# Valentín Delivery Services

Calle Maestro Cordero #14, Hato Rey, Puerto Rico 00919
Tel. (787) 250 - 8953 - (787) 751-5327
Fax (787) 764 - 7128

*Ida y Vuelta*

CARGADO A: **Rabell Méndez, C.S.P.**

FROM: Rabell Mendez, C.S.P.

Jose Alicea vs First 056: 2

TO: Editorial Primera Hora Inc.
Calle Genova A-16, Ext. Villa Caparra
Guaynabo, Puerto Rico (al lado de Sherly's Pizza)
(y Base Buchanan)

DATE: 29 de marzo de 2011

DESCRIPTION: Recoger en Rabell y
entregar en Primera Hora y devolver
en Rabell.

PRICE: $ 24.00

RECEIVED BY: M. Rax